UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JOSEPH CANDELARIO,

                                                            Plaintiff,

-against-

CITY OF NEW YORK, NEW YORK CITY POLICE
DEPARTMENT, Detective Enrique Sanchez, Individually
and in his official capacity, Detective Brian Checo,
Individually and in his official capacity, Detective Thomas
Taughran, Individually and in his official capacity, Officer
Gomez, Individually and in his official capacity, Sargent
(*sic*) Rojas, Individually and in his official capacity, Officer
Juan Moren, Individually and in his official capacity,
Officer Elhadad, Individually and in his official capacity,
CITY OF YONKERS, YONKERS POLICE
DEPARTMENT, Sargent (*sic*) Bryant Pappas, Individually
and in his official capacity, Officer Richard Devito
Individually and in his official capacity, Officer Salierno,
Individually and in his official capacity,

                                                            Defendants.

------------------------------------------------------------------------ x

**DECLARATION OF JOSEPH A. MARUTOLLO IN SUPPORT OF CITY DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

12-CV-1206 (BSJ)

      **Joseph A. Marutollo**, an attorney duly admitted to practice in the Southern District of New York, declares pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

      1. I am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants City of New York and New York City Police Department ("City defendants") in the above captioned case.

2. This declaration is submitted in support of City defendants' motion to dismiss the complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. I am familiar with the facts and circumstances stated herein based upon personal knowledge, the books and records of the City of New York, and conversations with its agents and employees. I submit this declaration to place the relevant documents in the records.

3. A copy of the complaint, filed February 16, 2012, is annexed hereto as Exhibit "A."

4. A copy of the felony complaint filed in the Criminal Court of the City of New York,[1] dated February 20, 2010, is annexed hereto as Exhibit "B."

5. A copy of the arrest report, dated February 20, 2010, is annexed hereto as Exhibit "C."

6. A copy of the Yonkers Police Department Supplementary Report, dated February 20, 2010, is annexed hereto as Exhibit "D."

---

[1] City defendants intend to use documents in the public record, including plaintiffs' indictments, to further support their motion. See e.g., Blue Tree Hotels Inv. (Can.), Ltd., 369 F.3d 212, 217 (2d Cir. 2004)(stating that courts "may also look to public records, including complaints filed in state court, in deciding a motion to dismiss"); Awelewa v. NY. City., 11 Civ. 778 (NRB), 2012 U.S. Dist. LEXIS 24244, *9-10 (S.D.N.Y. Feb. 22, 2012)(finding that in a Fed. R. Civ. P. 12(b)(6) motion to dismiss, "[w]hile [the Court] may of course not use public records to establish the truth of a third-party assertion documented therein (i.e. that plaintiff actually attempted to leave the store with merchandise for which she had not paid), the Court may rely on such records to show here that store personnel made the recorded allegations, whether true or not, to Officer Doe."); Guerrier v. Quillian, No. 10 Civ. 9453 (CM), 2011 U.S. Dist. LEXIS 120189 (S.D.N.Y. Oct. 24, 2011); Wims v. New York City Police Dep't, No. 10 Civ. 6128 (PKC), 2011 U.S. Dist. LEXIS 78641, 2011 WL 2946369, at *2 (S.D.N.Y. July 20, 2011)(finding that judicial notice may be taken of public records, including "arrest reports, criminal complaints, indictments, and criminal disposition data"); Vasquez v. City of New York, 99 Civ. 4606 (DC), 2000 U.S. Dist LEXIS 8887, at *3, n.1 (S.D.N.Y. June 28, 2000)(Chin, J.)(holding that it is well established that a district court may rely on matters of public record in deciding a motion to dismiss," including criminal complaints, indictments, and criminal disposition data)(citations omitted).

7. A copy of the Line-Up Report, dated February 20, 2010, is annexed hereto as Exhibit "E."

Dated:       New York, New York
             June 12, 2012

                                              MICHAEL A. CARDOZO
                                              Corporation Counsel of the
                                                City of New York
                                              *Attorney for City defendants*
                                              100 Church Street, Room 3-168
                                              New York, New York 10007
                                              (212) 788-1300
                                              By:         /s/
                                              Joseph A. Marutollo
                                              Assistant Corporation Counsel
                                              Special Federal Litigation Division

cc:     Mordecai T. Schwartz, Esq.  (By E.C.F.)
        *Attorney for Plaintiff*
        Schwartz Goldstone & Campisi, LLP
        90 Broad Street, Suite 403
        New York, NY 10004
        (212)-962-2800
        Fax: (212)-385-2308
        Email: mschwartz@gsgc.net

        Rory Carleton McCormick, Esq. (By E.C.F.)
        Corporation Counsel, City of Yonkers
        *Attorney for City of Yonkers, Yonkers P.D., Pappas, Devito, and Salierno*
        City Hall, 40 South Broadway
        Yonkers, NY 10701
        Email: rory.mccormick@yonkersny.gov

12-cv-1206 (BSJ)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH CANDELARIO,

                Plaintiff,

-against-

CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, Detective Enrique Sanchez, Individually and in his official capacity, Detective Brian Checo, Individually and in his official capacity, Detective Thomas Taughran, Individually and in his official capacity, Officer Gomez, Individually and in his official capacity, Sargent (*sic*) Rojas, Individually and in his official capacity, Officer Juan Moren, Individually and in his official capacity, Officer Elhadad, Individually and in his official capacity, CITY OF YONKERS, YONKERS POLICE DEPARTMENT, Sargent (*sic*) Bryant Pappas, Individually and in his official capacity, Officer Richard Devito Individually and in his official capacity, Officer Salierno, Individually and in his official capacity,

                Defendants

**DECLARATION OF JOSEPH A. MARUTOLLO**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*100 Church Street, Room 3-168*
*New York, New York  10007*
*Of Counsel:  Joseph A. Marutollo*
*Tel:  (212) 788-1300*

*Due and timely service is hereby admitted.*

*New York, N.Y........................................................................................, 2012*

*................................................................................................................. Esq.*

*Attorney for.............................................................................................*